```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH OPURUM.,

                Plaintiff,

-against-,

THE MOUNT SINAI HOSPITAL, and
THE MOUNT SINAI MEDICAL CENTER, INC.

                Defendant.

Case. No. 1:20-cv-03461-AT

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff ELIZABETH OPURUM, and defendants THE MOUNT SINAI HOSPITAL and THE MOUNT SINAI MEDICAL CENTER, INC, ("Defendants"), that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint that was filed on May 4, 2020, is extended to and including July 29, 2020.

Dated: June 10, 2020
      New York, New York

ABDUL HASSAN LAW GROUP, PLLC
*Attorneys for Plaintiff*
215-28 Hillside Avenue
Queens Village, New York 11427

SO ORDERED.

By: /s/ Abdul Hassan
Abdul K. Hassan, Esq. (AH651 0)
(718)740-1000

Dated: June 12, 2020
      New York, New York

*[signature]*

**ANALISA TORRES**
**United States District Judge**

OFFICE OF THE GENERAL COUNSEL
MOUNT SINAI HEALTH SYSTEM
*Attorneys for Defendants*
One Gustave L. Levy Place, Box 1099
New York, New York 10029

By: /s/ Rebecca L. Berkebile

Rebecca L. Berkebile
Assistant General Counsel
(212) 659-8105
Rebecca.berkebile@mountsinai.org

#1728721v1